No. 11–7311.  CHAN v. TRIMBLE, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–7316.  CASEY v. FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–7319.  MADAYAG v. EVANS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–7326.  GOLDWATER v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 11–7333.  NAILS v. ULTIMATE BUSINESS SOLUTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–7347.  HALL v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 11–7348.  HANNON v. BEARD.  C. A. 1st Cir.  Certiorari denied.

No. 11–7350.  GEORGE v. ALMAGER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–7351.  HILLMAN v. KNAB, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–7353.  KARAFILI v. TILTON, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–7357.  KURTZEMANN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–7358.  GREENE v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

